# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**WILLIAM HARRISON SIMS,**

       **Plaintiff,**

**v.**                             **Case No: 6:22-cv-1685-PGB-EJK**

**BMW OF NORTH AMERICA LLC**
**and BAYERISCHE MOTOREN**
**WERKE AG,**

       **Defendants.**

## ORDER

This cause comes before the Court on the pending Motions to Compel. (Docs. 113, 114, 115, 129.) The Court heard oral argument on the Motions on December 6, 2023. (Doc. 140.) For the reasons stated on the record at the hearing, it is **ORDERED** as follows:

1. **Plaintiff's Short-Form Discovery Motion to Overrule Objections and Compel Defendants to Fully Respond to Plaintiff's Second Requests for Admissions (Doc. 113) is GRANTED IN PART AND DENIED IN PART** as follows:

   I.     <u>Defendant BMW of North America</u>

       a. As to Requests for Admission 1 and 2, Defendant **SHALL** answer the requests as written, in accordance with Federal Rule of Civil Procedure 36, on or before **January 5, 2024.**

b. As to Requests for Admission 3, 4, 6, and 10, the Motion is **GRANTED IN PART**. Defendant's "harassing" objections are **OVERRULED** and **STRICKEN**. Otherwise, the Motion is **DENIED**.

c. As to Request for Admission 7, the Motion is **DENIED**.

d. As to Requests for Admission 5 and 8, on or before **January 5, 2024**, Defendant **SHALL** answer these requests, in accordance with Federal Rule of Civil Procedure 36, from the time period January 1, 2004, to September 15, 2022.

e. As to Request for Admission 9, the Motion is **DENIED WITHOUT PREJUDICE**. The parties are **DIRECTED** to meet and confer to discuss case law as to whether vehicle safety recall communications are relevant in determining whether the Court has personal jurisdiction over BMW AG. After meaningful conferral, if the parties cannot resolve the dispute, they may seek further relief from the Court.

II. Defendant BMW AG

a. As to Requests for Admission 2, 4, and 9, on or before **January 5, 2024**, Defendant **SHALL** answer these requests, in accordance with Federal Rule of Civil Procedure 36, from the time period January 1, 2004, to September 15, 2022.

b. As to Request for Admission 3, Defendant **SHALL** answer the request as written, in accordance with Federal Rule of Civil Procedure 36, on or before **January 5, 2024.**

c. As to Requests for Admissions 5, 6, 7, and 10, the Motion is **GRANTED IN PART**. Defendant's "harassing" objections are **OVERRULED** and **STRICKEN**. Otherwise, the Motion is **DENIED**.

d.  As to Request for Admission 8, the Motion is **DENIED WITHOUT PREJUDICE**. The parties are **DIRECTED** to meet and confer to discuss case law as to whether BMW AG's licensing of its registered trademarks, copyrights, and trade dress in the United States, including in Florida, to BMW NA is relevant in determining whether the Court has personal jurisdiction over BMW AG. After meaningful conferral, if the parties cannot resolve the dispute, they may seek further relief from the Court.

2. **Plaintiff's Short-Form Discovery Motion to Overrule Objections and Compel Defendants to Fully Respond to Requests for Production (Doc. 114) is GRANTED IN PART AND DENIED IN PART** as follows:

I. Defendant BMW of North America

a. As to Requests for Production 1, 2, 3, and 4, on or before **January 5, 2024**, Defendant **SHALL** search for and produce any documents in its possession that are responsive to these requests for the time period January 1, 2018, to September 15, 2022. Additionally, Defendant is

required to indicate in its written response to these requests whether any documents are being withheld pursuant to Federal Rule of Civil Procedure 34(b)(2)(C).

b. As to Requests for Production 5 and 6, the Motion is **GRANTED IN PART**. The Motion is **DENIED** to the extent that it seeks "all documents, records, and ledgers." (Doc. 114-1 at 3.) Instead, on or before **January 5, 2024**, Defendant **SHALL** search for and produce any summary documents or summary information in its possession reflecting the amounts of revenue Defendant paid to BMW AG from the sale of new BMW brand vehicles in Florida and the United States from January 1, 2018, to September 15, 2022. Additionally, Defendant is required to indicate in its written response to these requests whether any documents are being withheld pursuant to Federal Rule of Civil Procedure 34(b)(2)(C). The Motion is otherwise **DENIED**.

II.   Defendant BMW AG

a. As to Requests to Produce 1 and 2, on or before **January 5, 2024**, Defendant **SHALL** search for and produce any documents in its possession that are responsive to these requests for the time period January 1, 2018, to September 15, 2022.

b. As to Requests to Produce 3 and 4, the Motion is **GRANTED IN PART**. The Motion is **DENIED** to the extent that it seeks "all documents,

records, and ledgers." (Doc. 114-2 at 2.) Instead, on or before **January 5, 2024**, Defendant **SHALL** search for and produce any summary documents or summary information in its possession reflecting the amounts of revenue Defendant received from BMW of North America from BMW of North America's sale of BMW brand vehicles in Florida and the United States from January 1, 2018, to September 15, 2022. Additionally, Defendant is required to indicate in its written response to these requests whether any documents are being withheld pursuant to Federal Rule of Civil Procedure 34(b)(2)(C).

3. **Plaintiff's Short-Form Discovery Motion to Overrule Objections and Compel Defendants to Fully Respond to Plaintiff's Second Sets of Interrogatories (Doc. 115)** is **GRANTED IN PART AND DENIED IN PART** as follows:

I.    <u>Defendant BMW of North America</u>

 a. As to Interrogatories 1, 2, and 3, on or before **January 5, 2024**, Defendant **SHALL** provide full and complete responses to each interrogatory for the time period January 1, 2018, to September 15, 2022.

 b. As to Interrogatory 4, the Motion is **GRANTED IN PART**. The scope of the interrogatory will be limited to the time period from January 1, 2004, to September 15, 2022. The parties are **DIRECTED** to meet and confer to determine how best to capture the information that Plaintiff seeks.

II.   Defendant BMW AG

    a.  As to Interrogatory 2, the Motion is **DENIED**.

    b.  As to Interrogatory 3 and 4, on or before **January 5, 2024**, Defendant **SHALL** provide full and complete responses to each interrogatory for the time period January 1, 2018, to September 15, 2022.

    c.  As to Interrogatory 5, the Motion is **GRANTED IN PART**. On or before **January 5, 2024**, Defendant **SHALL** provide full and complete responses to each interrogatory as to the United States, including Florida, for the time period January 1, 2018, to September 15, 2022. Otherwise, the Motion is **DENIED**.

    d.  In addition to the items above, Defendants must serve *verified* responses to each interrogatory on or before **January 5, 2024**.

4.  **Defendant BMW of North America, LLC's Motion to Overrule Plaintiff's Objections and Compel Responses to Requests for Admissions (Doc. 129)** is **GRANTED**. Plaintiff **SHALL** answer Defendant BMW of North America's Requests for Admission, in accordance with Federal Rule of Civil Procedure 36, on or before **January 5, 2024.**

    **DONE** and **ORDERED** in Orlando, Florida on December 8, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE