# DOUBT

HOW INDUSTRY'S ASSAULT ON SCIENCE

# IS THEIR

THREATENS YOUR HEALTH

# PRODUCT

## DAVID MICHAELS



**OXFORD**

UNIVERSITY PRESS

2008

# OXFORD

### UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

Copyright © 2008 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016

www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data
Michaels, David, 1954–
Doubt is their product : how industry's assault on science
threatens your health / by David Michaels.
p. ; cm.
Includes bibliographical references.
ISBN 978-0-19-530067-3
1. Industrial toxicology—United States.   2. Environmental health—United States.
3. Science and industry—United States.   4. Lobbying—United States.
5. Health risk assessment—United States.
[DNLM: 1. Environmental Pollution—adverse effects—United States.
2. Carcinogens—toxicity—United States.   3. Industry—standards—United States.
4. Liability, Legal—United States.   5. Lobbying—United States.
6. Public Policy—United States. WA 670 M621d 2007] I. Title.
RA1229.M53 2007
615.9'02—dc22       2007010959

7 9 8

Printed in the United States of America
on acid-free paper

Public health interests are beside the point. Follow the science wherever it leads? Not quite. This is science for hire, period, and it is extremely lucrative. Court records show that the big three U.S. auto companies paid product defense scientists $23 million between 2001 and 2006 to help defend them against disease claims by mechanics and other workers exposed to asbestos contained in automobile brakes.[5]

The coterie of consulting firms that specialize in product defense have done a great job—so great that manufacturing uncertainty has become a big business in itself. The scientific studies these firms do for their clients are like the accounting work that some Arthur Andersen Company accountants did for Enron (until both companies went bankrupt): They appear to play by the rules of the discipline, but their objective is to help corporations frustrate regulators and prevail in product liability litigation.

*  *  *

Should the public lose all interest in its health, these product defense firms would be out of luck. Exponent, Inc., one of the premier firms in the product defense business, acknowledges as much in this filing with the Securities and Exchange Commission:

> Public concern over health, safety and preservation of the environment has resulted in the enactment of a broad range of environmental and/or other laws and regulations by local, state and federal lawmakers and agencies. These laws and the implementing regulations affect nearly every industry, as well as the agencies of federal, state and local governments charged with their enforcement. To the extent changes in such laws, regulations and enforcement or other factors significantly reduce the exposures of manufacturers, owners, service providers and others to liability, the demand for our services may be significantly reduced.[6]

Exponent, Inc., began its existence as an engineering firm, calling itself Failure Analysis Associates and specializing in assisting the auto industry in defending itself in lawsuits involving crashes.[7] "Failure analysis" is a standard methodology for investigating the breakdown of a system or machine, but the firm must have realized that "Failure" in its name might not work well outside the engineering world and switched to the more palatable Exponent, Inc., when it went public in 1998.[8]

Exponent's scientists are prolific writers of scientific reports and papers. While some may exist, I have yet to see an Exponent study that does not support the conclusion needed by the corporation or trade association that is paying the bill. Here are brief sketches of a few recent Exponent projects:

48   DOUBT IS THEIR PRODUCT

- The taste and smell of the gasoline additive MTBE are so foul that a tiny amount makes water undrinkable. This is bad because MTBE has contaminated drinking water sources across the country. (Moreover, it causes cancer in animals and may do so in people also, but this will be difficult to determine because the exposure levels are very low, exactly the sort of situation that epidemiology has the most difficulty addressing. The state of California has categorized MTBE as a possible human carcinogen.[9]) Communities across the country have sued the major oil companies and the MTBE manufacturers for the costs of cleaning up their water supplies. In response, a firm that provides the methanol used for making MTBE hired Exponent to produce a series of studies that concluded, not surprisingly, that MTBE is unlikely to pose a public health hazard and has not significantly impacted California's drinking water.[10] When the defendants in certain lawsuits tried to convince Congress to end the litigation by fiat and bail out the polluters, Exponent's economists produced a report for the American Petroleum Institute that concluded that the cost of the cleanup would be relatively low, which would make the proposed taxpayer bailout of the industry more acceptable to fiscal watchdogs.[11]

- An article in the *Annals of Emergency Medicine* suggested that the new generation of amusement park rides exposed thrill seekers to g-forces (a measure of acceleration) that exceed those experienced by astronauts and recommended that emergency physicians consider these rides as "a possible cause of unexplained neurologic events in healthy patients."[12] Six Flags Theme Parks, Inc., immediately commissioned Exponent to produce an "Investigation of Amusement Park Roller Coaster Injury Likelihood and Severity."[13] The press release on the report was headlined "Roller Coasters, Theme Parks Extraordinarily Safe."[14]

- Given the skyrocketing obesity rates among teenagers, many school systems and even some states have considered banning soda machines from high schools in order to discourage teenagers from consuming the empty calories. In 2005 an Exponent scientist conducted a study on behalf of the American Beverage Association that concluded that the number of beverages consumed from school vending machines "does not appear to be excessive."[15,16] In this case, however, the public just could not be convinced. The soft drink industry jettisoned these findings and in 2006 agreed to stop selling soda in schools.[17]

- Defense giant Lockheed Martin turned to Exponent when faced with the huge potential cost of cleaning up underground water sources contaminated with perchlorate, a rocket fuel component that ac-

cording to the National Academy of Sciences causes thyroid disease in infants.[18] Exponent's studies minimized the risk associated with perchlorate exposure.[19,20]

- When a study by consulting epidemiologists discovered a high rate of prostate cancer cases at a Syngenta plant that produced the pesticide atrazine,[21] Exponent's scientists produced a study that found no relationship between the chemical and the disease.[22]

- After numerous studies that linked pesticide exposure and Parkinson's disease appeared in prestigious scientific journals, Exponent's scientists produced a literature review for CropLife America, the trade association of pesticide producers, whose conclusion maintained that "the animal and epidemiologic data reviewed do not provide sufficient evidence to support a causal association between pesticide exposure and Parkinson's disease."[23]

- Exponent specializes in literature reviews that draw negative conclusions. The company's scientists have produced several reviews of the asbestos literature for use in litigation, all of which conclude that certain types of asbestos and certain types of asbestos exposure are far less dangerous than previously believed.[24–26]

Another major player is the Weinberg Group, which was founded in 1983 by Dr. Myron Weinberg, formerly of Booz, Allen, and Hamilton. "Asbestos, Tobacco, Pharmaceuticals—We're All Next!" shouts the PowerPoint presentation of one Weinberg executive. Here is his bottom line: "Without the science you cannot win, but having it carries no guarantee."[27] In one promotional brochure the firm touts its work for a company that was confronted with a Superfund problem. On behalf of this client Weinberg's scientists "analyzed existing studies to find any design flaws to support legal defense.... [B]y reanalyzing the raw data from this study, a biostatistician from THE WEINBERG GROUP helped to demonstrate the study's numerous design and analysis flaws."[28]

In 2003 DuPont hired the Weinberg Group to address "the threat of expanded litigation and additional regulation by the EPA" of perfluorooctanoic acid (PFOA),[29] a chemical used in the production of Teflon. (The majority of members on an EPA scientific advisory board have labeled PFOA a "likely" carcinogen.[30]) Paul Thacker, a reporter, uncovered a letter from Terry Gaffney, Weinberg's vice president for Product Defense, to a DuPont vice president, explaining that "DUPONT MUST SHAPE THE DEBATE AT ALL LEVELS." (This firm appears to favor uppercase exhortations.) Gaffney lays out a comprehensive strategy, including "analyzing existing data, and/or constructing a study to establish not only that