**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM HARRISON SIMS,

     Plaintiff,

v.

                                   Case: 6:22-cv-1685-PGB-NWH

BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG,

     Defendants.

**BMW DEFENDANTS' UNOPPOSED MOTION TO BRING ELECTRONICS INTO THE COURTHOUSE FOR EQUIPMENT TESTING AND TRIAL**

Defendants BMW of North America, LLC and Bayerische Motoren Werke AG ("BMW Defendants"), through their undersigned counsel and pursuant to Local Rule 7.02 and this Court's Civil Pretrial Order [DE 302], respectfully moves this Court for entry of an Order allowing electronic equipment into the George C. Young Federal Annex Courthouse, Courtroom 4B, located at 401 West Central Boulevard, for use or testing on Wednesday, September 3, and for trial running September 8 through September 19, 2025. In support of this Motion, the BMW Defendants state as follows:

1.      This matter is set for a jury trial commencing Monday, September 8, 2025, and continuing through Friday, September 19, 2025.

2.      Pursuant to the notice regarding prohibited electronic devices and the Local Rules, electronic devices, including cellphones, laptop computers, and projectors may not be brought into the courtroom absent an order signed by the Judge forwarded to the U.S. Marshal for verification allowing the specific persons into the Courtroom with a specific

1

electronic device for a specific purpose and period of time.

BMW Defendants request permission for the following individuals to be permitted to bring the specified equipment into the courthouse on the date(s) and event listed below

| Name / Company | Role | Type of Equipment | Date(s) / Event |
|---|---|---|---|
| Thomas P. Branigan Bowman and Brooke LLP | Counsel for BMW | (1) Apple iPhone with charging cord (1) ThinkPad X1 laptop with power cord (1) Bluetooth mouse (1) Apple watch – non cellular | Sept. 8 thru Sept. 19 – Jury Trial |
| Matthew G. Berard Bowman and Brooke LLP | Counsel for BMW | (2) Apple iPhones with charging cords (1) ThinkPad X1 laptop with power cord | Sept. 8 thru Sept. 19 – Jury Trial |
| Whitney V. Cruz Bowman and Brooke LLP | Counsel for BMW | (1) Apple iPhone with power cord (1) ThinkPad X1 laptop with power cord | Sept. 8 thru Sept. 19 – Jury Trial |
| Drew Branigan Bowman and Brooke LLP | Counsel for BMW | (1) Apple iPhone with power cord (1) EliteBook laptop with power cord | Sept. 8 thru Sept. 19 – Jury Trial |
| Sara Margo Bowman and Brooke LLP | Paralegal | (1) Apple iPhone with power cord (1) ThinkPad X1 laptop with power cord (1) Bluetooth mouse (1) Seagate portable hard drive with cables (5) portable USB/flash drives (2) Mifi portable hotspots (1) Extension cord with surge protector (1) Small laptop table | Sept. 3 – Equipment Testing  Sept. 8 thru Sept. 19 – Jury Trial |

2

| Name / Company | Role | Type of Equipment | Date(s) / Event |
| --- | --- | --- | --- |
| Danya Houghton Bowman and Brooke LLP | Paralegal | (1) Apple iPhone with power cord (1) EliteBook Laptop with power cord (1) Bluetooth mouse (and extra batteries) (1) Extension cord with surge protector (1) Small laptop lap desk | Sept. 3 – Equipment Testing  Sept. 8 thru Sept. 19 – Jury Trial |
| Jakob Hoelldobler BMW Group | Legal Counsel for BMW Group | (2) Apple iPhones with charging cords (1) Apple Air Pods with charging cord | Sept. 8 thru Sept. 19 – Jury Trial |
| Eduardo Maximo Aviles BMW of North America, LLC | Head of Product, Dept. Analysis at BMW NA | (2) Apple iPhones with charging cords (1) Apple iPad | Sept. 8 thru Sept. 19 – Jury Trial |
| Helen Riehle BMW of North America, LLC | Warranty Department Manager for BMW | (1) Apple Watch (1) Apple iPad (1) Apple Laptop with charging cord | Sept. 8 thru Sept. 19 – Jury Trial |
| Wolfgang Droessler BMW Group | | (2) Apple iPhones with charging cords (1) Apple iPad | Sept. 8 thru Sept. 19 – Jury Trial |
| Mark Gerard The Litigation Group | Jury Consultant | (1) Apple iPhone with charging cord/power pack (1) Apple watch – non cellular | Sept. 8 thru Sept. 10 – Jury Trial |
| Mark Linder The Litigation Group | Jury Consultant | (1) Apple iPhone with charging cord (1) Apple MacBook Pro with charging cord (1) Apple iPad with keyboard and iPencil (1) Garmin Forerunner watch - non cellular | Sept. 8 thru Sept. 10 – Jury Trial |

3

| Name / Company | Role | Type of Equipment | Date(s) / Event |
|---|---|---|---|
| Bill Mayleben<br>Digital Litigation Solutions | Trial Technician | (1) Apple iPhone with power cord<br>(2) Laptops with power cords<br>(1) USB Monitor<br>(2) Mouse for computers<br>(2) PowerPoint clickers/laser pointer<br>(1) HP Laser printer with power cord<br>(3) HDMI cables and extensions<br>(1) Internet Hotspot<br>(1) Small laptop stand with integrated cooling fan<br>(5) USB flash drives<br>(1) External hard drive | Sept. 3 – Equipment Testing<br><br>Sept. 8 thru Sept. 19 – Jury Trial |
| Amanda Duran<br>Carr Engineering, Inc. | Expert | (1) Apple iPhone with charger<br>(1) Apple iWatch with cellular<br>(1) Dell Precision 5690 Laptop with power cord<br>(1) Bluetooth Ergo Trackball mouse<br>(1) Anker power bank battery<br>(1) Apple earbud headphones | Sept. 12-19, 2025 |
| Robert Lange<br>Exponent | Expert | (1) Personal iPhone<br>(1) Exponent iPhone<br>(1) Dell Laptop with charging cords | Sept. 12-19, 2025 |
| Nathan Dorris<br>Dorris and Associates | Expert | (1) Apple iPhone with charger cord<br>(1) Apple iPad with charger cord<br>(1) Apple iWatch non-cellular | Sept. 12-19, 2025 |

4

5.      BMW Defendants understand that each of the above individuals will need to present a copy of the Court's Order granting this motion to the Court's security officers upon entering the Courthouse with the electronics and will advise these individuals that the devices are subject to inspection at any time by courthouse personnel for security purposes.

WHEREFORE, BMW Defendants respectfully request that this Court enter an Order granting the instant motion and allowing the above-referenced individuals to pass the Courthouse's security checkpoints and be permitted into the Courtroom with the electronic devices described above.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel for BMW Defendants certify that they have conferred with counsel for Plaintiff prior to filing the instant motion and Plaintiff's counsel states that he does not oppose this motion.

Dated: August 29, 2025.

Respectfully submitted,

/s/ Thomas P. Branigan
THOMAS P. BRANIGAN *(Pro Hac Vice)*
thomas.branigan@bowmanandbrooke.com
MATTHEW G. BERARD *(Pro Hac Vice)*
Matthew.berard@bowmanandbrooke.com
DREW P. BRANIGAN *(Pro Hac Vice)*
drew.branigan@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
101 West Big Beaver Road, Suite 1100
Troy, MI 48084
248.205.3300 / 248.205.3399 fax

*-and-*

WHITNEY V. CRUZ
Florida Bar No. 800821
whitney.cruz@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Ste. 800
Coral Gables, FL 33134
305.995.5600 / 305.995.6100 fax

*-and-*

BRIAN D. EQUI
Florida Bar No. 0143936
brian.equi@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
1064 Greenwood Boulevard, Suite 212
Lake Mary, FL 32746-5419
407.585.7600 / 407.585.7610 fax

*Attorneys for Defendants BMW of North America, LLC and Bayerische Motoren Werke AG*

6

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2025, the foregoing document was electronically filed with the Clerk of Court for the Middle District of Florida, Orlando Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*/s/ Thomas P. Branigan*

THOMAS P. BRANIGAN *(Pro Hac Vice)*
thomas.branigan@bowmanandbrooke.com
MATTHEW G. BERARD *(Pro Hac Vice)*
Matthew.berard@bowmanandbrooke.com
DREW P. BRANIGAN *(Pro Hac Vice)*
drew.branigan@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
101 West Big Beaver Road, Suite 1100
Troy, MI 48084
248.205.3300 / 248.205.3399 fax

*-and-*

WHITNEY V. CRUZ
Florida Bar No. 800821
whitney.cruz@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Ste. 800
Coral Gables, FL 33134
305.995.5600 / 305.995.6100 fax

*-and-*

BRIAN D. EQUI
Florida Bar No. 0143936
brian.equi@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
1064 Greenwood Boulevard, Suite 212
Lake Mary, FL 32746-5419
407.585.7600 / 407.585.7610 fax

*Attorneys for Defendants BMW of North America, LLC and Bayerische Motoren Werke AG*

7