**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM HARRISON SIMS,**

      **Plaintiff,**

**v.**                      **Case No: 6:22-cv-1685-PGB-NWH**

**BMW OF NORTH AMERICA**
**LLC and BAYERISCHE**
**MOTOREN WERKE AG,**

      **Defendants.**

_____/

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Peter R. Weber to Bring Electronic Equipment into the Courthouse. (Doc. 310 (the "**Motion**")). Upon consideration, the Motion is **GRANTED IN PART and DENIED IN PART**.

The Court hereby **GRANTS** the Motion to the following extent as to the following people:

1.  Peter R. Weber – cellular phone, iPad, two laptop computers, HDMI cable, and other computer cables.

The party listed within this Order shall present a copy of this Order to courthouse security each time they enter the courthouse with their electronic equipment. In their discretion, courthouse security personnel may require the party to present photographic identification at the time of entry. The equipment

specified above is the only equipment permitted by this Order and is subject to inspection at any time by courthouse security personnel. This Order shall only be effective on Wednesday, September 3, 2025.

The Motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on September 2, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2