UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM HARRISON SIMS,**

        **Plaintiff,**

**v.**                                **Case No: 6:22-cv-1685-PGB-NWH**

**BMW OF NORTH AMERICA
LLC and BAYERISCHE
MOTOREN WERKE AG,**

        **Defendants.**
_____/

## <u>ORDER</u>

This case is before the Court on BMW Defendants' Unopposed Motion to Bring Electronics into the Courthouse for Equipment Testing and Trial. (Doc. 311 (the "**Motion**")). Upon consideration, the Motion is due to be **GRANTED IN PART, FOUND AS MOOT IN PART, and DENIED IN PART**.

The Court hereby **GRANTS** the Motion to the following extent as to the following people:

<u>As to Equipment Testing on **Wednesday, September 3, 2025**</u>

1. Sara Margo – Apple iPhone with power cord, ThinkPad X1 laptop with power cord, Bluetooth mouse, Seagate portable hard drive with cables, portable USB/flash drives, Mifi portable hotspots, extension cord with surge protector.

2. Danya Houghton – Apple iPhone with power cord, EliteBook Laptop with Power cord, Bluetooth mouse, extension cord with surge protector.

3. Bill Mayleben – Apple iPhone with power cord, Laptops with power cords, USB monitor, Mouse(s) for computers, PowerPoint clickers, HDMI cables and extensions, internet HotSpot, 5 USB flash drives, external hard drive.

As to Trial **September 8, 2025 through September 19, 2025**

1. Sara Margo – Apple iPhone with power cord, ThinkPad X1 laptop with power cord, Bluetooth mouse, Seagate portable hard drive with cables, portable USB/flash drives, Mifi portable hotspots, extension cord with surge protector.

2. Danya Houghton – Apple iPhone with power cord, EliteBook Laptop with Power cord, Bluetooth mouse, extension cord with surge protector.

3. Jakob Hoelldobler – Apple iPhone with charging cord, Apple Air Pods.

4. Eduardo Maximo Aviles – Apple iPhone with charging cord, Apple iPad.

5. Helen Riehle – Apple Watch, Apple iPad, Apple Laptop with charging cord.

6. Wolfgang Droessler – Apple iPhone with charging cord, Apple iPad.

7. Mark Gerard – Apple iPhone with charging cord or power pack, Apple Watch.[1]

8. Mark Linder – Apple iPhone with charging cord, Apple MacBook Pro with charging cord, Apple iPad with keyboard and iPencil, Garmin Forerunner watch.[1]

---

[1] The parties are reminded that per Local Rule 5.03(c), no party may use an electronic device to gather or transmit information about a prospective juror.

9. Bill Mayleben – Apple iPhone with power cord, Laptops with power cords, USB monitor, Mouse(s) for computers, PowerPoint clickers, HDMI cables and extensions, internet HotSpot, 5 USB flash drives, external hard drive, HP Laser printer with power cord.

10. Amanda Duran – Apple iPhone with charger, Apple iWatch, Dell Precision 5690 Laptop with power cord, Bluetooth Ergo Trackball mouse, Anker power bank battery, Apple earbud headphones.

11. Robert Lange – Apple iPhone, Dell Laptop with charging cords.

12. Nathan Dorris – Apple iPhone with charger cord, Apple iPad with charger cord, Apple iWatch.

All parties listed in this Order shall present a copy of this Order to courthouse security each time they enter the courthouse with their electronic equipment. In their discretion, courthouse security personnel may require the parties to present photographic identification at the time of entry. The equipment specified above is the only equipment permitted by this Order and is subject to inspection at any time by courthouse security personnel.

As for trial counsel, pursuant to the Civil Pretrial Order, the parties are not required to submit requests for trial counsel's electronic equipment to be admitted into the courthouse. (Doc. 302, p. 5). Accordingly, the portions of the Motion containing such requests are **FOUND AS MOOT**.

The Motion is **DENIED** in all other respects.

3

**DONE AND ORDERED** in Orlando, Florida on September 2, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

4