# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| CLERK'S MINUTES |
| :---: |
| Jury Trial - Day 3 |

Case Number: 6:22-cv-1685-PGB-NWH

**WILLIAM HARRISON SIMS,**

    **Plaintiff,**

**Plaintiff's Counsel:** Steve E Nauman, Andrew Parker Felix, Christian Leger, Ryan Rodems

v.

**BMW OF NORTH AMERICA LLC and BAYERISCHE MOTOREN WERKE AG,**

    **Defendants.**

**Defense Counsel:** Thomas P Branigan, Matthew Berard, Whitney Cruz

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | September 10, 2025 | Time: | 9:03 A.M. – 10:44 AM<br>11:06 AM – 11:54 AM<br>1:02 PM – 2:14 PM<br>2:36 PM – 5:00 PM<br>6 hours, 9 minutes |

9:03 AM    Court opened. The parties discussed trial matters.

9:30 AM    Jury entered. An instruction was read to the jury. Cross examination of plaintiff witness Robert Renz by Thomas Branigan continued.

10:13 AM    Redirect examination of plaintiff witness Robert Renz by Ryan Rodems.

10:15 AM    Plaintiff exhibit 34 entered.

10:34 AM    Recross examination of plaintiff witness Robert Renz by Thomas Branigan.

10:43 AM    Further redirect of plaintiff witness Robert Renz by Ryan Rodems.

10:44 AM    Break.

| | |
|---|---|
| 11:06 AM | Court resumed. The parties discussed upcoming witnesses. |
| 11:13 AM | Jury entered. |
| 11:15 AM | Direct examination of plaintiff's witness Dr. Scott Trimas by Christian Leger. |
| 11:44 AM | Cross examination of plaintiff's witness Dr. Scott Trimas by Matthew Berard. |
| 11:46 AM | Defense exhibit 390 entered. |
| 11:52 AM | Redirect of plaintiff's witness Dr. Scott Trimas by Christian Leger. |
| 11:54 AM | Lunch break. |
| 1:02 PM | Court resumed. The parties discussed the trial timeline. |
| 1:05 PM | Jury entered. |
| 1:07 PM | Direct examination of plaintiff's witness Dr. Craig Lichtblau by Ryan Rodems. |
| 1:38 PM | Cross examination of plaintiff's witness Dr. Craig Lichtblau by Whitney Cruz. |
| 1:53 PM | Redirect examination of plaintiff's witness Dr. Craig Lichtblau by Ryan Rodems. |
| 2:02 PM | Direct examination plaintiff's witness of Dr. Frederick Raffa by Ryan Rodems. |
| 2:14 PM | Break. |
| 2:36 PM | Court resumed. The parties discussed an exhibit issue. |
| 2:43 PM | Jury entered. |
| 2:44 PM | Direct examination of plaintiff's witness Helen Riehle by Andrew Felix. |
| 3:39 PM | Cross examination of plaintiff's witness Helen Riehle by Matthew Berard. |
| 3:46 PM | Direct examination of defense witness Helen Riehle by Matthew Berard. |
| 3:55 PM | Defense exhibit 251 entered. |
| 4:06 PM | Defense exhibit 391 entered. |

| | |
|---|---|
| 4:59 PM | Jury excused for the evening to return at 9:00 AM on Thursday, September 11, 2025. |
| 5:00 PM | Court adjourned. |