# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
Jury Trial - Day 5

Case Number: 6:22-cv-1685-PGB-NWH

**WILLIAM HARRISON SIMS,**

    **Plaintiff,**

**Plaintiff's Counsel:** Steve E Nauman, Andrew Parker Felix, Christian Leger, Ryan Rodems

v.

**BMW OF NORTH AMERICA LLC and BAYERISCHE MOTOREN WERKE AG,**

    **Defendants.**

**Defense Counsel:** Thomas P Branigan, Matthew Berard, Whitney Cruz

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | September 12, 2025 | Time: | 9:06 AM – 10:32 AM<br>10:55 AM – 12:06 PM<br>1:10 PM – 2:36 PM<br>4 hours, 3 minutes |

9:06 AM      Court opened.

9:09 AM      Jury entered. Steve Nauman read the stipulation of facts.

9:14 AM      Direct examination of plaintiff William Harrison Sims by Ryan Rodems.

9:48 AM      Cross examination of plaintiff William Harrison Sims by Thomas Branigan.

10:32 AM      Break.

10:55 AM      Court resumed. Jury entered. Cross examination of plaintiff William Harrison Sims by Thomas Branigan continued.

12:06 PM      Lunch break.

| | |
|---|---|
| 1:10 PM | Court resumed. Defense moves for a mistrial. Court denies the motion. |
| 1:14 PM | Jury entered. Cross examination of plaintiff William Harrison Sims by Thomas Branigan continued. |
| 1:17 PM | Redirect of plaintiff William Harrison Sims by Ryan Rodems. |
| 1:20 PM | Video deposition of Martin Rappaport played. |
| 1:29 PM | Direct examination of plaintiff's witness Gloria Sims by Andrew Felix. |
| 1:49 PM | Cross examination of plaintiff's witness Gloria Sims by Whitney Cruz. |
| 1:56 PM | Defense exhibit 15 Bates number 24057-24058 and 24061-24063 admitted. |
| 2:23 PM | Redirect of plaintiff's witness Gloria Sims by Andrew Felix. |
| 2:35 PM | Jury excused to return at 9:00 AM on Monday, September 15, 2025 at 9:00 AM. Parties are to confer regarding exhibits. Parties are to be in court on Monday, September 15, 2025 at 8:30 AM. |
| 2:36 PM | Court adjourned. |