UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM HARRISON SIMS,

   Plaintiff,

v.

BMW OF NORTH AMERICA LLC
and BAYERISCHE MOTOREN
WERKE AG,

   Defendants.

Case No.: 6:22-cv-1685-PGB-NWH

**NOTICE OF APPEARANCE OF WENDY F. LUMISH**

The undersigned attorney hereby notifies the Court, the parties, and all counsel of record of her appearance in this action on behalf of Defendants BMW of North America, LLC and Bayerische Motoren Werke AG, and hereby requests service of all papers and correspondence on the addressed and email addresses identified in the undersigned attorney's signature block on the next page.

Dated: September 14, 2025

*/s/ Wendy F. Lumish*
**Wendy F. Lumish**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
wendy.lumish@bowmanandbrooke.com

*Attorney for BMW of North America, LLC and Bayerische Motoren Werke AG*

1

32546587v1

## CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2025, the foregoing document was electronically filed with the Clerk of Court for the Middle District of Florida, Orlando Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Wendy F. Lumish*
> **Wendy F. Lumish**
> Florida Bar No. 334332
> **BOWMAN AND BROOKE LLP**
> Two Alhambra Plaza, Suite 800
> Coral Gables, FL 33134
> Tel. 305-995-5600 / Fax: 305-995-6100
> wendy.lumish@bowmanandbrooke.com
>
> *Attorney for BMW of North America, LLC and Bayerische Motoren Werke AG*

32546587v1