# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WILLIAM HARRISON SIMS,

    Plaintiff,

v.

                                        Case: 6:22-cv-1685-PGB-NWH

BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG,

    Defendants.

## NOTICE OF FILING JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

Plaintiff William Harrison Sims and Defendants BMW of North America, LLC and Bayerische Motoren Werke AG submit the attached proposed requested verdict form and jury instructions. The parties have noted areas of disagreement for the Court to address.

With respect to the inclusion of Takata the parties have included an instruction on the verdict form that allows the jury to allocate fault to Takata only if they find no strict liability in Question 1, but liability on BMW NA for negligence related to the recall in Question 2. BMW would object to any post-verdict reallocation of fault that the jury allocated to Takata.

In submitting this verdict form and jury instructions, Plaintiff and Defendants do not waive their objections to specific claims or damages. Plaintiff

1

and Defendants reserve the right to modify this verdict form and jury instructions to be consistent with the Court's rulings and evidence.

Dated: September 15, 2025

| /s/Steven E. Nauman | /s/Thomas P. Branigan |
|---|---|
| **STEVEN E. NAUMAN** | **THOMAS P. BRANIGAN** (Pro Hac Vice) |
| Florida Bar No.: 106126 | **MATTHEW G. BERARD** (Pro Hac Vice) |
| **MORGAN & MORGAN, P.A.** | **DREW P. BRANIGAN** (Pro Hac Vice) |
| 20 North Orange Avenue, Suite 1600 | **BOWMAN AND BROOKE LLP** |
| Orlando, FL 32801 | 101 West Big Beaver Road, Suite 1100 |
| Telephone: (407) 244-3962 | Troy, MI 48084 |
| Email: snauman@forthepeople.com | 248.205.3300 / 248.205.3399 fax |
| Secondary Email: | thomas.branigan@bowmanandbrooke.com |
| angelinarodriguez@forthepeople.com | Matthew.berard@bowmanandbrooke.com |
| *Counsel for Plaintiff* | drew.branigan@bowmanandbrooke.com |

-and-

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar. No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Ste. 800
Coral Gables, FL 33134
305.995.5600 / 305.995.6100 fax
whitney.cruz@bowmanandbrooke.com

-and-

**BRIAN D. EQUI**
Florida Bar No. 0143936
**BOWMAN AND BROOKE LLP**
1064 Greenwood Boulevard, Suite 212
Lake Mary, FL 32746-5419
407.585.7600 / 407.585.7610 fax
brian.equi@bowmanandbrooke.com
*Attorneys for Defendants BMW of North America, LLC and Bayerische Motoren Werke AG*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on September 15, 2025, the foregoing document was electronically filed with the Clerk of Court for the Middle District of Florida, Orlando Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Steven E. Nauman
**STEVEN E. NAUMAN**
Florida Bar No.: 106126
**MORGAN & MORGAN, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com
Secondary Email:
angelinarodriguez@forthepeople.com
*Counsel for Plaintiff*