UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM HARRISON SIMS,

    Plaintiff,

v.

                                Case No.: 6:22-cv-1685-PGB-NWH

BMW OF NORTH AMERICA LLC and
BAYERISCHE MOTOREN WERKE AG,

    Defendants.
_____/

## VERDICT

1. Did Plaintiff prove by clear and convincing evidence that BMW AG had actual knowledge and took affirmative steps to conceal the subject BMW's defectively designed airbag inflator?

        Yes _____   No ✓

2. Did Plaintiff prove by a preponderance of the evidence that BMW NA was negligent in its performance of Safety Recall 15V-318 and that BMW NA's negligence was a legal cause of his injuries?

        Yes ✓   No _____

*If you answered "Yes" to either Question 1 or Question 2, please proceed to answer Questions 3 and 4.*

*If you answered "No" to both Question 1 and Question 2, your verdict is for Defendants, your deliberations are complete, and you should sign and date this verdict form.*

3. Did Defendants prove by a preponderance of the evidence that any of the following individuals or companies were negligent and that their negligence was a legal cause of Plaintiff's injuries?

    a. William Harrison Sims:     Yes ✓    No ____

    b. Gloria Sims:     Yes ✓    No ____

    c. Darron Sims:     Yes ✓    No ____

    d. TK Holdings, Inc. (Takata):     Yes ✓    No ____

*(only answer as to Takata (3d) if you answered No to Question 1)*

4. As to any individual or company that you found responsible for causing Plaintiff's injuries in Questions 1, 2, and/or 3, please state the responsibility that you charge to that individual or company.

    BMW AG __0__ %
    *(Fill in only if you answered yes to Question 1)*

    BMW NA __7__ %
    *(Fill in only if you answered yes to Question 2)*

    William Harrison Sims __50__ %
    *(Fill in only if you answered yes to Question 3a)*

    Gloria Sims __21__ %
    *(Fill in only if you answered yes to Question 3b)*

    Darron Sims __22__ %
    *(Fill in only if you answered yes to Question 3c)*

    TK Holdings, Inc. (Takata) __0__ %
    *(Fill in only if you answered yes to Question 3d)*

*(Total must equal 100%)*

## DAMAGES

*In determining the amount of damages, do not make any reduction because of the negligence, if any, of any individual or company identified in Question 3 and 4. If you find that any individual or company identified in Question 3 and 4 was to any extent negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.*

5. State the total amount of damages you find by a preponderance of the evidence that Plaintiff suffered for each of the following categories:

   medical and rehabilitative care
   and treatment Plaintiff will reasonably incur
   in the future                                             $ 700,000.00

   pain, suffering, physical impairment,
   disability, mental anguish, inconvenience,
   or loss of capacity for the enjoyment of life
   Plaintiff experienced:

   in the past                                                $ 700,000.00

   in the future                                              $ 700,000.00

*Please answer Question 6.*

6. If you answered yes to Question 1, did Plaintiff prove by clear and convincing evidence that, under the circumstances of this case, punitive damages are warranted against BMW AG?

   Yes ____    No ✓

*If your answer to Question 6 is "No," then you should skip the remaining questions and sign and date this verdict form.*

*If your answer to Question 6 is "Yes," please answer the following questions.*

7. What is the total amount of punitive damages which you find by the preponderance of the evidence should be assessed against BMW AG?

$ 0

8. Was the wrongful conduct of BMW AG motivated solely by unreasonable financial gain and was the unreasonably dangerous nature of the conduct, together with the high likelihood of injury resulting from the conduct, actually known to BMW AG?

Yes _____   No _____

*Your deliberations are complete. Please sign and date this verdict form.*

SO SAY WE ALL.

Date: September 17, 2025

