Is information regarding Darron Sims from any of the witnesses considered hearsay?

We ask because testimony about Darron Sims was not stricken as hearsay

9/16/2025