Members of the Jury:

You may consider any testimony concerning Mr. Darron Sims' actions or statements to which there was no objection.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE