During closing arguments is everything
the attorneys say part of evidence and
can be considered or ~~is~~ their opinion and
does not have to be considered?

Regarding Jury instruction No. 2
paragraph No. 2 - - But, anything the
lawyers say is not evidence and isn't
binding on you.

9/16/2025