Members of the Jury:

    Closing arguments are not evidence and are intended to assist you in evaluating the evidence and in applying the law. Your own recollection of the evidence is what matters.

                                                  PAUL G. BYRON
                                      UNITED STATES DISTRICT JUDGE