Can we get an electronic version of this exhibit - D 240 so that we can zoom in to see details?

9/16/2025