Members of the Jury:

All of the exhibits have been admitted. The Court is unable to provide you with additional versions of the exhibits.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE