For verdict Question #1, can you define "actual Knowledge"?

9/16/2025