Members of the Jury:

    I am unable to provide additional instruction on the law at this time. Please refer to the jury instructions that have been provided.

                                                PAUL G. BYRON
                                        UNITED STATES DISTRICT JUDGE