With regards to Question #2,
Can the start date of May 27, 2015
for recall 15V-318 be included as a metric
for the performance?

9/17/2025

