Members of the Jury:

In answering Question Number 2 on the verdict form, you may consider all of the information presented at trial concerning when BMW NA had notice or knowledge of the design defect in the airbag inflators supplied by Takata in deciding whether BMW NA was negligent in its performance of the recall.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE